948

No. 752, Misc. LEDFORD *v.* CURRAN, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. *Frederick Bernays Wiener* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Alan S. Rosenthal* for respondent.

No. 859. COMPANIA NACIONAL DE NAVEGACAO CASTEIRO PATRIMONIO *v.* CABINS TANKER INDUSTRIES, INC., ET AL. C. A. 4th Cir. Certiorari denied. *Hugh S. Meredith* for petitioner. *Samuel B. Fortenbaugh, Jr.* and *Leon T. Seawell* for respondents.

No. 879. G. A. RAFEL & CO., INC., *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied. *Howard R. Slater* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, and *Bernard M. Mamet* for Local No. 9, International Brotherhood of Electrical Workers, AFL–CIO, et al., respondents. Reported below: —— F. 2d ——.

No. 932. ROCHA ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Willard Whittinghill* and *John S. Rhoades* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 933. PHILIP CAREY MANUFACTURING CO. ET AL. *v.* TAYLOR, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari denied. *John B. Hollister, Burton Y. Weitzenfeld* and *Cyrus Austin* for petitioners. *Peyton Ford* for respondent.